692

44 So.2d 36

**Hugh Jack LUNSFORD v. STATE.**

**6 Div. 847.**

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

Embezzlement over $25.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 924

**George McCAIN v. STATE.**

**8 Div. 901.**

Court of Appeals of Alabama.
May 23, 1950.

Appeal from Morgan County Court; W. H. Long, Judge.

Violating prohibition law.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

49 So.2d 926

**L. K. McCALL v. CITY OF TUSCALOOSA.**

**6 Div. 103.**

Court of Appeals of Alabama.
Nov. 30, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

PER CURIAM.
Appeal dismissed.

51 So.2d 914

**Raymond McCOMBS v. STATE.**

**7 Div. 77.**

Court of Appeals of Alabama.
Jan. 23, 1951.

Appeal from Circuit Court, Cleburne County; Leslie C. Longshore, Judge.

PER CURIAM.
Appeal dismissed.

44 So.2d 917

**Lander McKINNEY v. STATE.**

**8 Div. 845.**

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Law and Equity Court, Franklin, County; W. H. Quillin, Judge.

Public drunkenness.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

44 So.2d 917

**Willie Mae McKINNEY v. STATE.**

**6 Div. 894.**

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Tuscaloosa County; W. C. Warren, Judge.

Assault and battery.

A. A. Carmichael, Atty. Gen., and Jas. T. Hardin, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.